UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIAN TANKERSLEY AND RICHARD DIEHL

                    Petitioners,

v.

COLLISION ON WHEELS INTERNATIONAL, LLC,

                    Respondent.

_____/

Case No.: 2:11-cv-10901

HONORABLE ARTHUR J. TARNOW
SENIOR UNITED STATES DISTRICT JUDGE

HONORABLE MARK A. RANDON
MAGISTRATE JUDGE

## ORDER GRANTING PLAINTIFF'S APPLICATION FOR RELIEF FROM OBLIGATION TO SPECIFY LOCAL COUNSEL [2]

Before the Court is Bruce Napell's[1] Application for Relief from the Obligation to Specify Local Counsel [2].

Local Rules 83.20 (f) provides that non-Michigan attorneys must specify local co-counsel with "authority and responsibility for the conduct of the case should out-of-town counsel not respond to any order of the court for appearance or otherwise."   LR 83.20(f).  "[T]he Court may relieve an attorney who is not an active member of the State Bar of Michigan of the obligation to specify local counsel."  *Id.*

**IT IS HEREBY ORDERED** that Attorney Bruce Napell's Application for Relief from the Obligation to Specify Local Counsel [2] is **GRANTED** on the condition that he is sworn in by **April 29, 2011**.

**SO ORDERED.**

_____

[1]Attorney for Petitioners.

S/ARTHUR J. TARNOW
Arthur J. Tarnow
Senior United States District Judge


Dated:  April 14, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 14, 2011, by electronic and/or ordinary mail.

S/MICHAEL L. WILLIAMS
Relief Case Manager